**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

|  |  |
|---|---|
| PASQUALE SCIALDONE, : : Plaintiff, : v. : MARRIOTT INTERNATIONAL, INC. et al., : : Defendants. : | Case No.: 8:19-cv-00350-PWG _____ |

## **DEFENDANTS' MOTION TO TRANSFER VENUE**

Pursuant to 28 U.S.C. § 1404(a), defendants Marriott International, Inc. and Braemar Hotels & Resorts Inc. respectfully move the Court to transfer this action to the United States District Court for the Eastern District of Pennsylvania. The motion is supported by the accompanying Memorandum, which is incorporated herein by reference.

                                                    Respectfully submitted,

                                                    COZEN O'CONNOR, P.C.

                              By:     /s/ Chad E. Kurtz
                                                    Chad E. Kurtz, Esq.
                                                    1200 19th Street NW, Suite 300
                                                    Washington, DC 20036
                                                    Tel: (202) 463-2521
                                                    Fax: (202) 640-5939
                                                    ckurtz@cozen.com
                                                    *Attorney for Defendants,*
                                                    *Marriott International, Inc. and*
Dated: February 20, 2019                  *Braemar Hotels & Resorts Inc.*

**CERTIFICATE OF SERVICE**

I, Chad E. Kurtz, hereby certify that on this February 20, 2019, a copy of the foregoing Motion to Transfer Venue, along with the accompanying Memorandum, Proposed Order, exhibits, and Certificate of Service, have been served on the following via ECF, as follows:

Daniel W. Whitney, Esq.
Daniel W. Whitney, Jr., Esq.
WHITNEY, LLP
401 Washington Avenue, Suite 1200
Towson, MD 21204
*Attorneys for Plaintiff*

   /s/ Chad E. Kurtz_____
Chad E. Kurtz